PROB 12C
(7/93)

Report Date: August 3, 2012

# United States District Court

### for the

### Eastern District of Washington

AUG 0 3 2012

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Ronald Bruce Myers | Case Number: 2:04CR00173-001 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence:  6/28/2005

Original Offense:   Possession of Implement for Counterfeiting State Security , 18 U.S.C. § 371

| | | |
|---|---|---|
| Original Sentence: | Prison - 60 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: September 29, 2011 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: September 28, 2014 |

## PETITIONING THE COURT

   To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.<br><br>**Supporting Evidence**: On August 3, 2012, the undersigned officer was notified by the U.S. Probation Office in the District of Nevada that Mr. Myers was released from state custody on September 29, 2011, and commenced state supervision with the State of Nevada. However, Ronald Myers failed to report to the U.S. Probation Office within 72 hours of his release as required. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: The defendant reported to the U.S. Probation Office in the District of Nevada on August 3, 2012. The probation officer in the District of Nevada indicates that when Ronald Myers reported to their office, he was rude and argumentative with probation staff. He further refused to sign any paperwork relative to his supervised release. |

Prob12C
**Re: Myers, Ronald Bruce**
**August 3, 2012**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/03/2012

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

8/3/12
Date